```
                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA

                     CASE NO. 08-60961-CIV-ZLOCH
```

MARSHA CHAPMAN, on behalf of
herself and all others
similarly situated,

      Plaintiff,

vs.                                            **FINAL ORDER OF DISMISSAL**

VINNIE'S RESTAURANT & LOUNGE,
LLC, et al.,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Motion To Approve Settlement Agreement (DE 13), filed herein by the Plaintiff, Marsha Chapman, and Defendants, Vinnie's Restaurant & Lounge, LLC, Frank Livecchi and Paul Jurskis.  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court has scrutinized the terms of the Parties' settlement agreement for fairness, and finds that it is in accord with the requirements set out in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.  The Joint Motion To Approve Settlement Agreement (DE 13) be and the same is hereby **GRANTED**;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of September, 2008.

　　　　　　　　　　　　　　　　　／s／ William J. Zloch
　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:

All Counsel of Record